RECEIVED

OCT 0 3 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ABOUBAKAR DOUMBIA, <br> Petitioner | CIVIL ACTION <br> NO. CV04-2616-M |
| VERSUS | |
| JOHN ASHCROFT, et al., <br> Respondent | JUDGE ROBERT G. JAMES <br> MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss is GRANTED and that Doumbia's petition for writ of habeas corpus is DISMISSED WITH PREJUDICE AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 3 day of October, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE